OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R          $ 00.26⁵
0002003152    FEB 09 2015
MAILED FROM ZIP CODE 78701

2/2/2015
**ROBLES, JUAN VALADEZ**    Tr. Ct. No. CR-09H-106A    **WR-82,813-02**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

DIS

JUAN VALADEZ ROBLES
WHEELER UNIT - TDC # 1643655
986 COUNTY ROAD AA
PLAINVIEW, TX 79072

U.TF

N3B 79072